

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | 18 MJ 441 |
| Aleksandr Razumovskiy, DEFENDANT(S). | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |

Upon motion of ___defendant___, IT IS ORDERED that a detention hearing is set for ___3/1___, at ___10___ ☑a.m. / ☐p.m. before the Honorable ___Jacqueline Chooljian___, in Courtroom ___341 - Roybof___.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: ___2/27/18___

U.S. District Judge/Magistrate Judge